| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| _____ District of _____ (State) | |
| Case number (If known): _____ Chapter ____ | |

United States Courts
Southern District of Texas
FILED

AUG 1 2 2025

Nathan Ochsner, Clerk of Court

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  THE MAPLE LEAF PUB LLC

2. **All other names debtor used in the last 8 years**   DBA - THE MAPLE LEAF PUB

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   20-4294732

4. **Debtor's address**

   **Principal place of business**
   514 ELGIN ST
   SUITE A
   HOUSTON  TX  77006
   County: HARRIS

   **Mailing address, if different from principal place of business**
   611 HARRINGTON ST.
   P.O. Box
   HOUSTON  TX  77009

   **Location of principal assets, if different from principal place of business**
   SAME

5. **Debtor's website (URL)**   WWW.THEMAPLELEAFPUB.COM

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  THE MAPLE LEAF PUB LLC                              Case number (if known) _____
        Name

| 6. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | 7224 |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | Check one: |
|---|---|
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☒ Chapter 11. *Check all that apply*: |
| | ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☒ No |
|---|---|
| If more than 2 cases, attach a separate list. | ☐ Yes.  District _____  When _____  Case number _____ |
| | MM / DD / YYYY |
| | District _____  When _____  Case number _____ |
| | MM / DD / YYYY |

Debtor  **THE MAPLE LEAF PUB LLC**               Case number (if known) _____
        Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____   Relationship _____
            District _____   When ____/____/_____
                                              MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property?  **514 ELGIN ST.**
                             Number   Street
                             **SUITE A**
                             **HOUSTON**                    **TX**  **77006**
                             City                           State   ZIP Code

    **Is the property insured?**
    ☐ No
    ☒ Yes. Insurance agency  **FNBIA**
           Contact name      **JOE THOMAS**
           Phone             **832-867-0185**

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

Debtor   THE MAPLE LEAF PUB LLC                    Case number (if known) _____
         Name

| 15. Estimated assets | ☐ $0-$50,000<br>☒ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/12/2025
            MM / DD / YYYY

X _____      SEAN BLAIR
Signature of authorized representative of debtor      Printed name

Title  MANAGING PARTNER

**18. Signature of attorney**

X _____      Date _____
Signature of attorney for debtor                MM / DD / YYYY

Printed name _____

Firm name _____

Number   Street _____

City _____   State _____   ZIP Code _____

Contact phone _____   Email address _____

Bar number _____   State _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

## Chapter 11, Subchapter V Skeleton Filing Packet

### 1. Voluntary Petition (Official Form 201)
Debtor's Name: The Maple Leaf Pub LLC

DBA: The Maple Leaf Pub

EIN: 20-4294732

Nature of Business: Food & Beverage / Hospitality

Number of Employees: 6

Street Address: 514 Elgin Street, Suite D, Houston, TX 77006

Mailing Address: 611 Harrington Street, Houston, TX 77009

District: Southern District of Texas – Houston Division

Debtor Contact: Sean Blair – Phone: 713-492-6887 – Email: TheMapleLeafPub@hotmail.com

Chapter 11 box checked; Subchapter V election box checked.


### 2. Creditor Matrix
Texas Comptroller of Public Accounts
Enforcement Division
P.O. Box 13528
Austin, TX 78711

514 Xenia Dev LLC
110 E Atlantic Avenue
Delray Beach, FL 33444-3725

Small Business Administration
409 3rd Street SW
Washington, DC 20416

American Express
P.O. Box 981535
El Paso, TX 79998

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193

U.S. Bank Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179

Forward Financing LLC
53 State Street, 20th Floor
Boston, MA 02109

Cromwell Capital LLC
14 Walsh Drive, 2nd Floor
Parsippany, NJ 07054

Hudson Energy Services LLC
P.O. Box 142109
Houston, TX 77214

DirecTV
P.O. Box 5007
Carol Stream, IL 60197

First Coast Entertainment
4139 Bellaire Blvd Apt 430
Houston, TX 77025-1013

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101

### 3. Statement of Related Cases
Debtor declares no other bankruptcy cases have been filed in the past 8 years.

### 4. Subchapter V Eligibility Statement
The debtor elects treatment under Subchapter V of Chapter 11 and declares eligibility as a small business debtor under 11 U.S.C. § 101(51D).

## 5. Filing Fee

Total Chapter 11 filing fee: $1,738, payable to 'Clerk, U.S. Bankruptcy Court' by cashier's check, money order, or exact cash. If filing an Application to Pay Filing Fee in Installments (Official Form 103A), submit initial installment payment today.

## 6. Certificate of Mailing for Creditor Matrix

I, Sean Blair, certify that the creditor matrix attached herein is true, correct, and complete to the best of my knowledge.

Signature: _____ Date: _____

## 7. Emergency Notice of Filing and Automatic Stay

This is to notify all creditors and interested parties that The Maple Leaf Pub LLC has filed a voluntary petition under Chapter 11, Subchapter V, and that the automatic stay under 11 U.S.C. § 362 is in effect. All collection activities must cease immediately.

## Official Form 103A: Application for Individuals to Pay the Filing Fee in Installments

1. I, Sean Blair, the debtor in this case, apply to pay the filing fee for my Chapter 11, Subchapter V bankruptcy in installments.

2. I certify that I am unable to pay the full filing fee at once. I propose to pay the filing fee in the following installments:

| Proposed Payment Date | Proposed Amount |
|---|---|
| At filing date | $440.00 |
| Within 30 days after filing | $432.67 |
| Within 60 days after filing | $432.67 |
| Within 90 days after filing | $432.67 |

3. I understand that the filing fee must be paid in full no later than 120 days after the petition is filed, unless the court extends the time for cause shown. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed.

Debtor's Signature: _____ Date: _____

Signature of Attorney (if any): _____ Date: _____